THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JAMES G. HUNDLEY,<br><br>               **Plaintiff,**<br><br>   v.<br><br>ORBIT ENERGY AND POWER, LLC<br>et al.,<br><br>               **Defendants.** | Civil No. 22-7305 (JHR/SAK) |

## ORDER ADMINISTRATIVELY TERMINATING ACTION

This matter having been brought before the Court by way of the Suggestion of Bankruptcy [ECF No. 3] filed by Defendant Orbit Energy and Power, LLC on January 23, 2023; and it appearing to the Court that Defendant Orbit Energy and Power, LLC is the subject Debtor in a Voluntary Chapter 11 Bankruptcy in the United States Bankruptcy Court, District of New Jersey, Bankruptcy Petition No. 22-19628-ABA; and counsel for Plaintiff James G. Hundley consenting to the administrative termination of the action as to Defendant Sean Angelini; and for good cause shown;

**IT IS** this **7th** day of **February**, **2023**, hereby

**ORDERED** that all proceedings in this this action are **STAYED**; and it is further

**ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** this action pending further Order of the Court; and it is further

**ORDERED** that Plaintiff shall file a status report on the docket by **April 7, 2023** and every sixty (60) days thereafter; and it is further

**ORDERED** that the Court will re-open this matter upon a showing of good cause.

                                                       s/ Sharon A. King
                                                       SHARON A. KING
                                                       United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez, U.S.D.J.